# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Christopher E. Tatum<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR99-879-CBM<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defenant</u>, IT IS ORDERED that a detention hearing is set for <u>June 13, 2013</u>, ____, at <u>3:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>SHERI PYM</u>, in Courtroom <u>4-3rd Floor</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 6/11/13

SHERI PYM
~~U.S. District Judge~~/Magistrate Judge